

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00391-CR

_____

JACKIE LEE BIBBS, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 396th District Court
Tarrant County, Texas
Trial Court No. 11604104D

---

Before Sudderth, C.J.; Walker and Meier, JJ.
Memorandum Opinion by Chief Justice Sudderth

## MEMORANDUM OPINION

Pro se Appellant Jackie Lee Bibbs was convicted of capital murder and sentenced to life without parole, and his conviction was affirmed in 2012.[1] *See Bibbs v. State*, 371 S.W.3d 564, 566 (Tex. App.—Amarillo 2012, pet. ref'd), *cert. denied*, 568 U.S. 1234 (2013). Six years later, he filed a "Motion for Discovery," followed by a notice of appeal.[2]

On August 31, 2018, this court sent Bibbs a letter informing him of our concern that we lacked jurisdiction over the appeal because the trial court had not entered any appealable orders regarding his motion. *See* Tex. R. App. P. 26.2(a)(1); *State ex rel. Lykos v. Fine*, 330 S.W.3d 904, 915 (Tex. Crim. App. 2011) ("[I]n Texas, appeals by either the State or the defendant in a criminal case are permitted only when they are specifically authorized by statute."); *see also Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014) ("Jurisdiction must be expressly given to the courts of appeals in a statute."). We informed Bibbs that unless he or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal by September 10, 2018, we would dismiss the appeal for want of jurisdiction.

---

[1]Bibbs's case was transferred to our sister court pursuant to the Docket Equalization Act. *See* Tex. Gov't Code Ann. § 73.001 (West 2013).

[2]It appears that Bibbs is trying to appeal the denial of a postconviction motion for discovery under article 39.14 of the code of criminal procedure. *See* Tex. Code Crim. Proc. Ann. art. 39.14 (West Supp. 2018). However, there is no statutory provision authorizing an appeal from such an order. *See id.*; *see also Padilla v. State*, No. 03-18-00065-CR, 2018 WL 3118542, at *2 (Tex. App.—Austin June 26, 2018, no pet.) (mem. op., not designated for publication).

Bibbs filed a motion to extend time to file his response, which we granted, extending his time to respond until October 22, 2018. Bibbs then filed a response, but it does not show grounds for continuing the appeal. Therefore, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

/s/ Bonnie Sudderth

Bonnie Sudderth
Chief Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: November 8, 2018